IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | NO. ~~1:18-CR-071-B~~(1) |
| RICHARD JOHN MASSEY | 3:18-cx-736 BK |

## MOTION FOR DETENTION

The United States moves for pre-trial detention of defendant, **RICHARD JOHN MASSEY**, pursuant to 18 U.S.C. § 3142.

1. <u>Eligibility of Case.</u>  This case is eligible for a detention order because the case involves (check all that apply):

   \_\_\_\_\_  Crime of violence (18 U.S.C. §3156);

   \_\_\_\_\_  Maximum sentence life imprisonment or death

   \_\_\_\_\_  10 + year drug offense

   \_\_\_\_\_  Felony, with two prior convictions in above categories

   __X__  Serious risk defendant will flee

   \_\_\_\_\_  Serious risk obstruction of justice

   __X__  Felony involving a minor victim

   \_\_\_\_\_  Felony involving a firearm, destructive device, or any other dangerous weapon

   \_\_\_\_\_  Felony involving a failure to register (18 U.S.C. § 2250)

2. <u>Reason for Detention.</u>  The Court should detain defendant because there are no conditions of release which will reasonably assure (check one or both):

    __X__ Defendant's appearance as required

    __X__ Safety of any other person and the community

3. <u>Rebuttable Presumption.</u> The United States will/will not invoke the rebuttable presumption against defendant because (check one or both):

    ____ Probable cause to believe defendant committed 10+ year drug offense or firearms offense, 18 U.S.C. §924(c)

    ____ Probable cause to believe defendant committed a federal crime of terrorism, 18 U.S.C. §2332b(g)(5)

    __X__ Probable cause to believe defendant committed an offense involving a minor, 18 U.S.C. §§1201, 2251

    ____ Previous conviction for "eligible" offense committed while on pretrial bond

4. <u>Time For Detention Hearing.</u> The United States requests the Court conduct the detention hearing,

    ____ At first appearance

    __X__ After continuance of __2__ days (not more than 3).

DATED this 7th day of November, 2018.

Respectfully submitted,

ERIN NEALY COX
UNITED STATES ATTORNEY


/s/ *Abe McGlothin, Jr.*
ABE MCGLOTHIN, JR.
Assistant United States Attorney
Mississippi Bar No. 104247
1100 Commerce Street, Third Floor
Dallas, Texas 75242
Telephone: 214-659-8760
Facsimile: 214-659-8800
Email: abe.mcglothin@usdoj.gov


### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing will be served on counsel for the defendant at the defendant's initial appearance in accordance with the Federal Rules of Criminal Procedure.


/s/ *Abe McGlothin, Jr.*
ABE MCGLOTHIN, JR.
Assistant United States Attorney